UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MEDICAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDX LIFECARE, INC., <br><br> Defendant. | Case No. 16-cv-04425 NC <br><br> **ORDER TO SHOW CAUSE REGARDING MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. No. 15 |

Plaintiff National Medical Services, Inc. filed a motion for default judgment against defendant INDX Lifecare, Inc. Dkt. No. 15. In its motion, National Medical did not address the factors set forth by the Ninth Circuit in *Eitel v. McCool* to assist the Court in determining whether default judgment is warranted. 782 F.2d 1470, 1471-72 (9th Cir. 1986).

Those factors are: (1) the possibility of prejudice to the plaintiff; (2) the merits of the plaintiff's substantive claim; (3) the sufficiency of the complaint; (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was due to excusable neglect; and (7) the strong policy favoring decisions on the merits. *Eitel*, 782 F.2d at 1471-72.

Case No. 16-cv-04425 NC

Thus, the Court ORDERS National Medical to file with the Court a brief not to exceed 10 pages addressing each of the seven *Eitel* factors by April 5, 2017.

**IT IS SO ORDERED.**

Dated:  March 27, 2017                                    _____
                                                                                    NATHANAEL M. COUSINS
                                                                                    United States Magistrate Judge

Case No. 16-cv-04425 NC                    2