UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MEDICAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDX LIFECARE, INC., <br><br> Defendant. | Case No. 16-cv-04425 NC <br><br> **ORDER TO SHOW CAUSE RE: ATTORNEYS' FEES** <br><br> Re: Dkt. No. 15 |

National Medical Services, Inc. filed a motion for default judgment and a supplemental brief in support of its motion. However, National Medical's counsel has not provided attorneys' fees information to the Court, though attorneys' fees are requested in the complaint. Thus, if National Medical wants the Court to consider attorneys' fees in ruling on the motion for default judgment, it must file a declaration with supporting documentation supporting counsel's billing in this case by May 12, 2017.

**IT IS SO ORDERED.**

Dated: May 8, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-04425 NC