UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL MEDICAL SERVICES, INC., <br> Plaintiff, <br> v. <br> INDX LIFECARE, INC., <br> Defendant. | Case No. 5:16-cv-04425-EJD <br><br> **JUDGMENT** |

The Court granted National Medical Services, Inc.'s ("NMS") motion for default judgment. Dkt. No. 26. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of NMS and against iNDx Lifecare, Inc. in the following amounts: (1) $428,590.27 in principal and prejudgment interest and (2) $16,295.50 in attorneys' fees and costs. NMS is also entitled to postjudgment interest under 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: July 10, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-04425-EJD
JUDGMENT

1